# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

LKQ Corporation, et al.

                                                    Plaintiff,

v.                                                                          Case No.: 1:21−cv−03167
                                                                                    Honorable Edmond E. Chang

Hyundai Motor America, et al.

                                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 1, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the fully briefed motion to dismiss for lack of personal jurisdiction [20] (and the embedded alternative request for jurisdictional discovery), the tracking status hearing of 12/03/2021 is reset to 02/11/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called).Emailed notice(eec)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.