**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY <br><br> Defendants. | Civil Action No. 1:21-cv-03167 <br><br> The Honorable Edmond E. Chang <br><br> The Honorable M. David Weisman |

**JOINT AGREED MOTION FOR ENTRY OF A CROSS-USE AGREEMENT**

NOW COMES Plaintiffs LKQ Corporation and Keystone Automotive Industries, Inc. (collectively "LKQ") and Defendants Hyundai Motor America, Inc. and Hyundai Motor Company (collectively "Hyundai") and move this Court for entry of the cross-use agreement attached hereto as Exhibit A to also be filed in International Trade Commission Investigation No. 337-TA-1292. In support of this motion, LKQ and Hyundai state as follows:

1. LKQ and Hyundai have exchanged drafts of a cross-use agreement to govern, *inter alia*, production of documents in this case and the handling of confidential information.

2. LKQ and Hyundai have agreed to the cross-use agreement attached hereto as Exhibit A.

WHEREFORE, for the reasons set forth above, LKQ and Hyundai respectfully request this Court enter the draft cross-use agreement attached hereto as Exhibit A, and for such other and further relief as this Court deems fit.

Dated: August 4, 2023					IRWIN IP LLP

By:	/s/ Michael P. Bregenzer
    Barry F. Irwin, PC
    Michael P. Bregenzer
    **IRWIN IP LLP**
    150 North Upper Wacker Drive
    Suite 700
    Chicago, IL 60606
    (312) 667-6080
    birwin@irwinip.com
    mbregenzer@irwinip.com
    mailto:mburns@irwinip.com

**Attorneys for Plaintiff**
***LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.***

Dated:  August 4, 2023　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ D. James Pak*
David A. Nelson
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
davenelson@quinnemanuel.com

D. James Pak
Joseph M. Paunovich
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3646
djamespak@quinnemanuel.com
joepaunovich@quinnemanuel.com

K. Kevin Chu
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8199
kevinchu@quinnemanuel.com

Anne Shaw
SHAW LEGAL SERVICES LTD.
540 W. Briar Pl., Ste. B
Chicago, Il 60657
(773) 453-4861

P. Andrew Riley
Edward J. Naidich
K. Kevin Mun
MEI & MARK LLP
818 18th St. N.W., Suite 410
Washington, D.C. 20006
(888) 860-5678
ariley@meimark.com
enaidich@meimark.com
kmun@meimark.com

**Attorneys for Defendants**
*Hyundai Motor America, Inc. and*
*Hyundai Motor Company.*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served via ECF on August 4, 2023, upon all counsel of record.

*/s/ Sha Londa M.C. Balderama*
Sha Londa M.C. Balderama