# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY <br><br> Defendants. | Civil Action No. 1:21-cv-03167 <br><br> The Honorable Edmond E. Chang <br><br> The Honorable M. David Weisman |

## <u>JOINT DISCOVERY CROSS-USE STIPULATION</u>

Complainants Hyundai Motor America, Inc. and Hyundai Motor Company (collectively, "Complainants," "Hyundai," or "Hyundai Parties") and Respondents LKQ Corporation, and Keystone Automotive Industries, Inc. (collectively, "the LKQ Respondents" or "LKQ Parties"), as well as Kia America, Inc. and Kia Corporation ("the Kia Parties") (all together, "the Hyundai, Kia, and LKQ Parties"), hereby file the following Joint Discovery Cross-Use Stipulation (the "Stipulation").

WHEREAS the Hyundai, Kia, and LKQ Parties are also involved in one or more of the following actions: parallel International Trade Commission Investigation Nos. 337-TA-1291 and 337-TA-1292; parallel district court actions: *LKQ Corp. et al. v. Hyundai Motor America, Inc. et al.*, Case No. 1:21-cv-03167 (N.D. Ill.) and *LKQ Corp. et al. v. Kia Motors America, Inc. et al.*, Case No. 1:21-cv-03166 (N.D. Ill.) (collectively, "Related Litigation(s)").

WHEREAS the Hyundai, Kia, and LKQ Parties seek to minimize the costs and burdens of duplicative discovery in the Related Litigations;

1

The Hyundai, Kia and LKQ Parties HEREBY stipulate and agree to the following terms governing the production and use of confidential business information in the Related Litigations:

1.    The Hyundai, Kia, and LKQ Parties agree that they will not object to their confidential business information, in the form of documents, source code, testimony (fact or expert), and written discovery (collectively, "Cross-Use Information"), produced in one Related Litigation being used in the other Related Litigation in which the producing party is a litigant on the grounds that such use would constitute a violation of the protective order governing the litigation in which the Cross-Use Information was originally produced.[1]  The Hyundai, Kia, and LKQ Parties reserve all other objections to Cross-Use Information, including but not limited to, authenticity, admissibility, and relevance.  The fact that an exhibit was produced or admitted in one Related Litigation does not mean that it is relevant to or admissible in the other Related Litigation.

2.    Documents produced in one Related Litigation shall be deemed produced in the other Related Litigation in which the producing party is a litigant, except as follows: (a) if documents produced in one Related Litigation are specifically excluded from the other Related Litigation by the applicable Court, then those documents are not deemed produced and cannot be used in the Related Litigation from which they were excluded absent Court order or agreement of the Hyundai, Kia, and LKQ Parties; and (b) if documents produced in one Related Litigation are the subject of a pending motion regarding the discoverability of such documents in the other Related Litigation, then those documents are not deemed produced and cannot be used in the

---

[1]    For purposes of clarity, confidential business information obtained from a third party is not subject to this cross-use agreement.

Related Litigation in which the motion is pending until resolution of the pending motion to find those documents discoverable.

3.      The Hyundai, Kia, and LKQ Parties agree that pleadings or other court filings, hearing transcripts, and/or expert reports containing confidential business information from one Related Litigation can be used in the other Related Litigation without constituting a protective order violation.

4.      Depositions that have been taken or will be taken in Investigation Nos. 337-TA-1292 and 337-TA-1291, including both party and non-party depositions, shall be deemed available for use in the other Related Litigations.

5.      All confidential business information subject to cross-use must be designated with at least the same level of protection as under the protective order of the Related Litigation in which the information was first produced.

6.      All confidential business information subject to cross-use will be governed by the protective order of the Related Litigation in which the information is being used.

7.      Nothing in this Stipulation shall be construed as extending any discovery deadline in either the Related Litigations or Investigation No. 337-TA-1292.

8.      To the extent that Cross-Use Information includes any third-party confidential information, such third party confidential information may not be used in the other Related Litigation pursuant to this Stipulation unless permission to so use the information is obtained from the third party.  The producing party will work in good-faith to obtain such permission.

9.      By entering into this Stipulation, the Hyundai, Kia, and LKQ Parties do not concede or otherwise agree or accept that any Cross-Use Information is relevant or admissible.

3

DATED: August 4, 2023

/s/ D. James Pak
David A. Nelson
Quinn Emanuel Urquhart & Sullivan LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
(312) 705-7400
davenelson@quinnemanuel.com

D. James Pak
Joseph M. Paunovich
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3646
djamespak@quinnemanuel.com
joepaunovich@quinnemanuel.com

P. Andrew Riley
Edward J. Naidich
K. Kevin Mun
Lei Mei
Robert Hall
Jiwei Zhang
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

*Counsel for Complainants Hyundai Corporation and Hyundai America, Inc. and Kia America, Inc. and Kia Corporation*

4

_/s/ Michael P. Bregenzer_
Barry F. Irwin
Michael P. Bregenzer
**Irwin IP LLC**
150 N. Wacker Drive, Suite 700
Chicago, IL 60606
Telephone: (312) 667-6080
Email: lkq-1291-iip@irwinip.com

_Counsel for Respondents LKQ Corporation and
Keystone Automotive Industries, Inc._

5