# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

LKQ Corporation, et al.

                          Plaintiff,

v.                                                       Case No.: 1:21−cv−03167
                                                         Honorable Edmond E. Chang

Hyundai Motor America, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 16, 2024:

      MINUTE entry before the Honorable M. David Weisman: Before the Court is the parties' motion for clarification as to whether the Court's limitation on additional discovery applies to third−party subpoenas [171]. The motion for clarification is granted; the Court's limitations on issuing additional discovery after the initial round apply only to the parties. The parties may issue subpoenas to third parties, which shall be served by 2/22/24. Motion hearing set for 2/21/24 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.