# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LKQ CORPORATION, and KEYSTONE AUTOMOTIVE INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR COMPANY <br><br> Defendants. | Civil Action No. 1:21-cv-03167 <br><br> The Honorable Edmond E. Chang <br><br> The Honorable M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Court's February 7, 2024 order (Dkt. No. 169), the parties hereby submit this Joint Status Report stating that they have exchanged letters setting forth any outstanding discovery they believe the other party still owes.

| | |
|---|---|
| Dated: February 26, 2024 | Dated: February 26, 2024 |
| IRWIN IP LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| By: /s/ *Joseph F. Marinelli* <br>Barry F. Irwin, PC <br>Michael P. Bregenzer <br>Jason J. Keener <br>Joseph F. Marinelli <br>Michael W. Carwin <br>**IRWIN IP LLP** <br>150 North Wacker Drive <br>Suite 700 <br>Chicago, IL 60606 <br>(312) 667-6080 <br>birwin@irwinip.com <br>mbregenzer@irwinip.com <br>jkeener@irwinip.com <br>jmarinelli@irwinip.com <br>mcarwin@irwinip.com <br><br>**Attorneys for Plaintiffs** <br>*LKQ CORPORATION and KEYSTONE AUTOMOTIVE INDUSTRIES, INC.* | By: /s/ *D. James Pak* <br>D. James Pak <br>QUINN EMANUEL URQUHART & SULLIVAN LLP <br>865 S. Figueroa St., 10th Floor <br>Los Angeles, CA 90017 <br>(213) 443-3646 <br>jamespak@quinnemanuel.com <br><br>David A. Nelson <br>QUINN EMANUEL URQUHART & SULLIVAN LLP <br>191 N. Wacker Drive, Suite 2700 <br>Chicago, IL 60606 <br>(312) 705-7400 <br>davenelson@quinnemanuel.com <br><br>**Attorneys for Defendants** <br>*HYUNDAI MOTOR AMERICA, INC.* **and** *HYUNDAI MOTOR COMPANY* |

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was served via ECF on February 26, 2024, upon all counsel of record.

                                          /s/ *Gloria Rios*
                                           Gloria Rios